Joel Smith and John Nesse or any successors as Trustees of the Minnesota Laborers Health and Welfare Fund, Joel Smith and Daniel Shoemaker or any successors as Trustees of the Minnesota Laborers Pension Fund, Joel Smith and Heather Grazzini or any successors as Trustees of the Minnesota Laborers Vacation Fund, Fred Chase and Joe Fowler or any successors as Trustees of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota, Dave Borst and Mark Ryan or any successors as Trustees of the Minnesota Laborers Employers Cooperation and Education Trust, or any successors, the Minnesota Laborers Health and Welfare Fund, the Minnesota Laborers Pension Fund, the Minnesota Laborers Vacation Fund, the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota, and the Minnesota Laborers Employers Cooperation and Education Trust,

 Plaintiffs,

vs.

Husky Construction, Inc.,

 Defendant.

Civ. No. 22-CV-00022 (JRT/JFD)

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT HUSKY CONSTRUCTION, INC. TO ANSWER PLAINTIFFS' COMPLAINT**

1

Plaintiffs and Defendant Husky Construction, by and through their counsel,

stipulate that the Court may enter an Order that extends the deadline for Defendant

Husky Construction to answer or otherwise respond to Plaintiff's Complaint to February

24, 2022.

HINSHAW & CULBERTSON LLP

Dated: February 10, 2022      By:   /s/ Amy L. Court
                                    Amy L. Court, #319004
                                    Christy E. Lawrie, #388832
                                    Attorneys for Plaintiffs
                                    800 Nicollet Mall, Suite 2600
                                    Minneapolis, MN  55402-7035
                                    (612) 338-2525
                                    alc@mcgrannshea.com
                                    cel@mcgrannshea.com

QUINLIVAN & HUGHES, P.A.

Dated:  February 10, 2022      By:    /s/ Cally Kjellberg-Nelson
                                      Cally Kjellberg-Nelson # 0390443
                                    Attorneys for Defendant
                                    PO Box 1008
                                    St. Cloud, MN  56302-1008
                                    (320) 251-1414
                                    ckjellberg-nelson@quinlivan.com