UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Joel Smith and John Nesse or any successors as Trustees of the Minnesota Laborers Health and Welfare Fund, Joel Smith and Daniel Shoemaker or any successors as Trustees of the Minnesota Laborers Pension Fund, Joel Smith and Heather Grazzini or any successors as Trustees of the Minnesota Laborers Vacation Fund, Fred Chase and Joe Fowler or any successors as Trustees of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota, Dave Borst and Mark Ryan or any successors as Trustees of the Minnesota Laborers Employers Cooperation and Education Trust, or any successors, the Minnesota Laborers Health and Welfare Fund, the Minnesota Laborers Pension Fund, the Minnesota Laborers Vacation Fund, the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota, and the Minnesota Laborers Employers Cooperation and Education Trust, | Civ. No. 22-CV-00022 (JRT/JFD) <br><br><br><br><br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Plaintiffs, | |
| vs. | |
| Husky Construction, Inc., | |
| Defendant. | |

_____

1

The above-entitled action having been fully settled,

IT IS HEREBY STIPULATED, by and between the parties thereto, through their respective undersigned attorneys, that this matter may be dismissed without prejudice and without attorneys' fees, costs or disbursements of any kind to any of the parties.

        MCGRANN, SHEA, CARNIVAL,
        STRAUGHN & LAMB, CHARTERED

Dated: March 8, 2022    By:   /s/Amy L. Court
        Amy L. Court #319004
        Christy E. Lawrie #388832
        Attorneys for Plaintiffs
        800 Nicollet Mall, Suite 2600
        Minneapolis, MN  55402-7035
        (612) 338-2525
        alc@mcgrannshea.com
        cel@mcgrannshea.com

        QUINLIVAN & HUGHES, P.A.

Dated:  March 8, 2022    By:   /s/Cally Kjellberg-Nelson
        Cally Kjellberg-Nelson # 0390443
        Attorneys for Defendant
        PO Box 1008
        St. Cloud, MN  56302-1008
        (320) 251-1414
        ckjellberg-nelson@quinlivan.com