UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Joel Smith and John Nesse or any successors as Trustees of the Minnesota Laborers Health and Welfare Fund, Joel Smith and Daniel Shoemaker or any successors as Trustees of the Minnesota Laborers Pension Fund, Joel Smith and Heather Grazzini or any successors as Trustees of the Minnesota Laborers Vacation Fund, Fred Chase and Joe Fowler or any successors as Trustees of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota, Dave Borst and Mark Ryan or any successors as Trustees of the Minnesota Laborers Employers Cooperation and Education Trust, or any successors, the Minnesota Laborers Health and Welfare Fund, the Minnesota Laborers Pension Fund, the Minnesota Laborers Vacation Fund, the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota, and the Minnesota Laborers Employers Cooperation and Education Trust, | Civ. No. 22-CV-00022 (JRT/JFD) <br><br><br><br><br> **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

    Plaintiffs,

vs.

Husky Construction, Inc.,

    Defendant.

_____

Based upon the Stipulation for Dismissal without Prejudice, having been presented to the Court on behalf of the above parties:

IT IS HEREBY ORDERED, the above-entitled action is hereby dismissed without prejudice, and without attorneys' fees, costs or disbursements of any kind to any party.

BY THE COURT:

DATED: _____, 2022        _____
                                    John R. Tunheim
                                    United States District Court Judge